UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| RONALD EUGENE NANTZ, JR ) | CASE NO.  06-11051 |
| ALICIA RENEE NANTZ ) | Chapter 13 |
| DEBTOR(S) ) | |

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

NOTICE IS HEREBY GIVEN that pursuant to 11 U.S.C. Section 347(a) and Fed. Rules of Bankruptcy Procedure Rule 3011, Donald M. Aikman, the Standing Chapter 13 Trustee in this case, has deposited with the Clerk of this Court unclaimed funds to which a creditor is entitled and described as follows:

1. That Trustee mailed to Debtors a refund check in the amount of $0.79 which he received back from Trustee's mail carrier as being not deliverable and unable to forward.

2. That the Debtors' last known address is: Ronald and Alicia Nantz, 647, East Charles Street, Marion, IN, 46952.

2. That Trustee has deposited with the Clerk of this Court the said sum of $0.79 for the aforesaid Debtor to be disposed of under Chapter 129 of Title 28.

DATED:  April 29, 2010         /s/Donald M. Aikman
                               Donald M. Aikman, Chapter 13 Trustee
                               203 West Wayne Street, Suite 400
                               Fort Wayne, IN  46802
                               Telephone:  260/422-7062

CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 29th day April, 2010 he mailed a true and complete copy of the above and foregoing by United States mail, postage prepaid, to the following:

Ronald and Alicia Nantz, Jr., 647 East Charles Street, Marion, IN, 46952

and electronically mailed by the court's ECF system to :

United States Trustee:  ustpregion10.so.ecf@usdoj.gov
Gary Lebrato:  lebratolaw@comcast.net

                                                                                         /s/Donald M. Aikman
                                                                                         Donald M. Aikman